UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                          CASE NO.  8:13-CR-216-T-17JSS

OSCAR DE JESUS MAURY-OROZCO.

_____/

ORDER

This cause is before the Court on the attached document, a
letter dated July 2, 2018 from Eliana Pedrozo Eljach, General Consul
of Colombia, which requests that Defendant Maury-Orozco be tried
only by the acts committed after December 17, 1997, and requesting
that the time Defendant Maury-Orozco served in Colombia from the date
of incarceration on November 6, 2015 to the date of extradition, September
15, 2016, be credited to Defendant Maury-Orozco's sentence.

After consideration, the Court will enter the attached document in
the docket for this case.  Accordingly, it is

**ORDERED** that the attached document, which the Court received
on July 5, 2018, **shall be entered** in the docket for this case.

Case No. 8:13-CR-216-T-17JSS

**DONE and ORDERED** in Chambers in Tampa, Florida on this 5th day of

July, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record



CANCILLERÍA

**TODOS POR UN NUEVO PAÍS**
PAZ EQUIDAD EDUCACIÓN

Consulado de Colombia en Orlando

C.G. 312

July 2, 2018

Judge,
Elizabeth A. Kovachevich
U.S District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida, 33602

> Ref. Oscar de Jesus Maury-Orozco
> Criminal Docket Case: **8:13-cr-00216-EAK-JSS-2**

Honorable Judge

Under the Vienna Convention on Consular Relations (Vienna April 24, 1963), among other responsibilities, Consular functions include:

> *"... subject to the practices and procedures obtaining in the receiving State, representing or arranging appropriate representation for nationals of the sending State before the tribunals and other authorities of the receiving State, for the preservation of rights and interests of those nationals."*

*Your honor, please accept this letter as a formal request from the Government of Colombia, on behalf of the Colombian inmate referred to above extradited to the United States of America, be tried by the charges mentioned in the indictment number* **8:13-CR-216-T-17 TGW,** *issued on 06/20/2013, in the U.S. District Court of the Middle District of Florida, Tampa Division, and only by the acts committed after date 12/17/1997.*
This consular office is sending you a copy of the Diplomatic Note No DIAJI 1806 dated August 1, 2017, which contains the assurances made by the Government of the United States to the Government of Colombia in regard to Mr. Maury-Orozco.

*Mr. Maury-Orozco was extradited to the United States of America on September 15, 2016. Before his extradition, he had been incarcerated since November 6, 2015. Therefore, we are requesting that his time already served in Colombia be accredited to his sentence.*

*Should you have any questions, please contact me at 407-341-3127 or by fax 407-650-4281, either e-mail at corlando@cancilleria.gov.co.*

*Very respectfully,*

ELIANA PEDROZO ELJACH
**GENERAL CONSUL OF COLOMBIA**

5850 T.G. Lee Blvd, Edificio Citadel 1 Suite 260
Orlando, FL 32822
PBX 407-650-4274 – Fax 407-650-4281
orlando.consulado.gov.co – corlando@cancilleria.gov.co





No. 1470

The Embassy of the United States of America presents its compliments to the Ministry of Foreign Relations of the Republic of Colombia and has the honor to refer to Ministry diplomatic note No. DIAJI 1452, dated June 28, 2016, in which the Ministry informs the Embassy that the Government of Colombia has approved the extradition of Colombian fugitive Oscar de Jesús Maury Orozco pursuant to Resolution No.124, dated May 17, 2016.

Furthermore, the Embassy takes note that the Ministry requests as a condition for the extradition of Oscar de Jesús Maury Orozco assurances that he will not be subject to forced disappearance, banishment, torture or cruel and unusual punishment, degrading or inhumane treatment, illegal confiscation, life imprisonment, or the imposition of the death penalty. As a condition of his extradition, the Government of the United States assures the Government of Colombia that no such proscriptions will be applied to Maury Orozco if he is extradited to the United States.

Although the maximum statutory penalty for the charge for which extradition was approved is life imprisonment, the Government of the United States assures the Government of Colombia that a sentence of life imprisonment will not be sought or imposed if Maury Orozco is extradited to the United States.

Regarding the death penalty assurance requested in the aforementioned Ministry note, the United States Government does not believe that such assurance is necessary in this case. Pursuant to the criminal laws of the United States, the death penalty is not an authorized punishment for the offenses for which Maury Orozco's extradition was approved. Therefore, the death penalty cannot be requested or imposed in this case.

Regarding other assurances requested in the aforementioned Ministry note, the Government of the United States reiterates its assurances to the Government of Colombia that no person extradited to the United States from Colombia will be subject to forced disappearance, banishment, torture or cruel and unusual punishment, degrading or inhumane treatment or illegal confiscation.

The United States Government reaffirms its commitment to honor these assurances with respect to Oscar de Jesús Maury Orozco.

The Embassy of the United States of America avails itself of this opportunity to renew to the Ministry of Foreign Relations of the Republic of Colombia the assurances of its highest consideration.

Embassy of the United States of America,
  Bogotá, D.C., August 17, 2016.





CONSULADO GENERAL DE COLOMBIA

ORLANDO · FLORIDA · ESTADOS UNIDOS DE AMERICA

Libertad y Orden

5850 T.G. Lee Boulevard-Bldg Citadel I · Suite 260 · Orlando, Florida 32822

JUL 05 RECD

ORLANDO FL 328

03 JUL 2018 PM 4 L

Judge,
Elizabeth A. Kovachevich
U.S District Court
Middle District of Florida, Tampa Division
801 North Florida Avenue
Tampa, Florida, 33602.